James G. Hunt
Patrick T. Fox
HUNT & FOX PLLP
111 N. Last Chance Gulch, Ste 3A
Helena, MT 59601
Telephone: (406) 442-8552
Facsimile: (406) 495-1660
Email:     jhunt@huntlaw.net
           pfox@huntlaw.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| TRACI L. KNUDSON,<br><br>                Plaintiff,<br><br>      vs.<br><br>PAWS UP RANCH, LLC, dba RESORT AT PAWS UP,<br><br>                Defendant. | Cause No.<br><br>**COMPLAINT<br>AND<br>DEMAND FOR JURY TRIAL** |

## PARTIES, JURISDICTION & VENUE

1.   Plaintiff, Traci L. Knudson is a citizen of the State of Illinois.

2.   Defendant Paws Up Ranch, LLC, ("Paws Up") is a Foreign Limited Liability Corporation organized in Nevada and its principal place of business address is a post office box located at a UPS Store at the address 7435 S. Eastern Ave. #613, Las Vegas NV 89123.

1

3. The amount in controversy exceeds $75,000.

4. The United States District Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).

5. The alleged tortious conduct occurred in Greenough, Missoula County, Montana. Further, Paws Up does business in Missoula County, Montana, as The Resort at Paws Up.

6. Venue is proper in the Missoula Division.

## FACTS

7. Paws Up is a luxury Montana mountain resort situated on a sprawling, 37,000-acre, authentic working cattle ranch in western Montana. One of the many activities it provides to guests is equine activity, including guided "Horseback Trail Rides."

8. Plaintiff, her husband, and their four children stayed at Paws Up from November 21 to November 25, 2018. During their stay, Plaintiff and her family participated in various activities including a guided "Horseback Trail Ride" on November 23, 2018. The guide was a wrangler employed by Paws Up and the horses and tack were furnished by Paws Up.

9. Before Plaintiff, her four children, and her husband arrived at the horses, a Paws Up employee had saddled the horses to be ridden by Plaintiff and her family.

10. Plaintiff and her family were the only people on the Trail Ride. Although the Knudson family numbered six, the Paws Up employee provided only four helmets. Plaintiff and her husband decided their four children should wear the helmets.

11. Plaintiff's saddle was not properly secured to the horse causing it to slip and rotate to the left during the trail ride. Plaintiff was thrown from the horse and was injured. Plaintiff did not have a helmet when she was thrown from the horse because Defendant failed to provide one.

## COUNT I - NEGLIGENCE

12. Defendant had a duty to use reasonable care when providing Horseback Trail Rides to its guests.

13. Defendant breached its duty of care through the acts and/or omissions of its employees.

14. As a result of Defendant's negligence, Plaintiff suffered and continues to suffer personal injury.

## COUNT II – NEGLIGENCE *PER SE*

15. Defendant provided the equipment and tack that caused the injury because Defendant, its employees and agents, failed to reasonably and prudently inspect and maintain the equipment.

16. Defendant, its employees and agents, violated Montana Code Annotated 27-1-727(3) and is negligent *per se*.

17. As a result of the negligence *per se* of Defendant, its employees and agent, Plaintiff suffered and continues to suffer personal injury.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Traci L. Knudson, hereby prays that judgment be entered in her favor and against the Defendant all damages allowed under Montana law, including but not limited to:

1. past and future medical costs;
2. past lost earnings and future loss of earning capacity;
3. pain and suffering;
4. loss of established course of life and lifestyle;
5. costs and disbursements herein; and
6. such other and further relief as the Court considers appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demand a trial by jury.

DATED this 29th day of April, 2020.

/s/ James G. Hunt
JAMES G. HUNT
*Attorneys for Plaintiff*