# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| TRACI L. KNUDSON,<br><br>Plaintiff,<br><br>vs.<br><br>PAWS UP RANCH, LLC d/b/a RESORT AT PAWS UP,<br><br>Defendant. | Cause No. CV-20-53-DLC-KLD<br><br><br>**ORDER** |

The parties, having filed a stipulation for dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. (Doc. 46). Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, each party to pay its own attorneys' fees and costs.

DATED this 4th day of March, 2022.

_Kathleen L. DeSoto_
Kathleen L. DeSoto
United States Magistrate Judge